UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
FILE NUMBER: 1:00-md-01379 / MDL #1379 / M21-90  (GBD)
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _x

IN RE LITERARY WORKS IN ELECTRONIC                  :
DATABASES COPYRIGHT LITIGATION,                               NOTICE OF APPEAL
                                                    :
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _x


      NOTICE IS HEREBY GIVEN that Emily M. Bass, Esq., who has served as counsel for the class in the case in a non-lead capacity ("Appellant"), hereby appeals to the United States Court of Appeals for the Second Circuit from
(a) an Order entered in the action on June 10, 2014 (Docket # 50),

      (i) granting A/B counsel's Application dated April 9, 2014 For Award of Attorneys' Fees and Reimbursement of Costs (Dkt # 17), and an earlier Application for fees by the same counsel, dated on or about June 15, 2005, incorporated by reference in A/B Counsel's April 9, 2014 Application;

      (ii) overruling and/or rejecting Objections filed on or about July 15, 2005 and May 9, 2014 to the June 15, 2005 and April 9, 2014 Applications; and

      (iii) denying the Motion by Appellant for Attorneys' Fees and Expenses, filed on or about July 1, 2005; from

(b) final decisions of the Court referring, regarding or relating to these same applications, motions and objections, reflected in the transcript of proceedings before the District Court on June 10, 2014.  (Note: A minute entry with respect to these proceedings was made on the docket of *The Authors Guild v. The Dialog Corp.* case, # 1:00-cv-06049-GBD, but not yet on the docket of the lead case, *In re Literary Works in Electronic Databases Copyright Litigation*, # 1:00-md-01379-GBD.  A motion has been made *inter alia* to correct the record); and from

(c) final decisions of the Court bearing on either the principles and practices that should govern or persons who should determine how fees are allocated.


                                     s/Emily M. Bass
                                     _____

                                     Law Offices of Emily Bass
                                     551 Fifth Avenue, 28th Floor
                                     New York, N.Y. 10176-
                                     (212) 260-3645
                                     emilybassesq@gmail.com

CLOSED,APPEAL,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:00–md–01379–GBD

| | |
|---|---|
| In re: Literary Works in Electronic Databases Copyright Litigation<br>Assigned to: Judge George B. Daniels<br>Related Cases: 1:00–cv–06049–GBD<br>　　　　　　　1:01–cv–06032–GBD<br>Cause: 17:101 Copyright Infringement | Date Filed: 03/18/2013<br>Date Terminated: 06/10/2014<br>Jury Demand: None<br>Nature of Suit: 820 Copyright<br>Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **The Authors Guild, Inc.** | represented by | **A.J. Debartolomeo**<br>Girard Gibbs LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>(415)–981–4800<br>Fax: (415)–981–4846<br>Email: ajd@girardgibbs.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Anthony Lee**<br>350 Dorantes Ave<br>San Francisco, CA 94116<br>Email: aklee@aklee.net<br>*ATTORNEY TO BE NOTICED*<br><br>**Diane Rice**<br>Hosie Rice LLP<br>The Transamerica Prymaid<br>600 Montgomery Street 34th, Floor<br>San Francisco, CA 94111<br>(415) 247–6000<br>Fax: (415) 247–6001<br>Email: drice@hosielaw.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Gary S Fergus**<br>Fergus a law firm<br>595 Market Street, Suite 2430<br>San Francisco, CA 94105<br>(415)–537–9032<br>Fax: (415)–537–9038<br>Email: gfergus@ferguslegal.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael J. Boni**<br>Boni &Zack LLC<br>15 St. Asaphs Road<br>Bala Cynwyd, PA 19004<br>(610) 822–0200<br>Fax: (610) 822–0206<br>Email: mboni@bonizack.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Reed Elsevier** | represented by | |

**Charles S. Sims**
Proskauer Rose LLP (NY)
11 Times Square
New York, NY 10036
212.969.3000
Fax: 212.969.2900
Email: csims@proskauer.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dow Jones Reuters Business Interactive, LLC**
*d/b/a Factiva*

represented by **Henry Braude Gutman**
Simpson Thacher &Bartlett LLP (NY)
425 Lexington Avenue
New York, NY 10017
2124553180
Fax: 2124552502
Email: hgutman@stblaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Dialog Corporation**

represented by **Matthew W. Walch**
Latham &Watkins LLP
233 S. Wacker Drive, Suite 5800
Chicago, IL 60606
(312)–876–7603
Fax: (312)–993–9767
Email: matthew.walch@lw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Frederick Rittinger**
Satterlee Stephens Burke &Burke LLP
230 Park Avenue
New York, NY 10169
(212) 818–9200
Fax: (212) 818–9606
Email: jrittinger@ssbb.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Thomson Corporation**

represented by **James Frederick Rittinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gale Group, Inc.**

represented by **James Frederick Rittinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**West Publishing Company**

represented by **James Frederick Rittinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**ProQuest Company**

represented by **Matthew W. Walch**
Latham &Watkins
233 S. Wacker Drive, Suite 5800
Chicago, IL 60606
Email: matthew.walch@lw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Newsbank, Inc.**     represented by    **Christopher M. Graham**
Levett Rockwood, P.C.
33 Riverside Avenue
P.O. Box 5116
Fairfield, CT 06881
203−222−0885
Fax: 203−226−8025
Email: cgraham@levettrockwood.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**The New York Times**     represented by    **Kenneth A Richieri**
The New York Times Company
229 W. 43rd Street
New York, NY 10036
(212)−556−1995
Fax: (212)−556−4634
Email: richierk@nytimes.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Union Tribune Publishing Company**     represented by    **Kristen A. McCallion**
Fish & Richardson P.C. (NYC)
601 Lexington Ave
52nd floor
New York, NY 10022
(212) 641−2261
Fax: (212) 258−2291
Email: mccallion@fr.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Knight−Ridder, Inc.**     represented by    **Ian Ballon**
2450 Colorado Avenue
Santa Monica, CA 90404
Email: ballon@gtlaw.com
*ATTORNEY TO BE NOTICED*

**Robert Herrington**
Greenberg Traurig LLP
1840 Century Park East
Suite 1900
Los Angeles, CA 90067
310−586−7700
Fax: 310−586−7800
Email: herringtonr@gtlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mediastream, Inc.**     represented by    **Ian Ballon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Herrington**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dow Jones & Company Inc**     represented by    **James L. Hallowell**
Gibson, Dunn & Crutcher, LLP (NY)

200 Park Avenue, 48th Floor
New York, NY 10166
212–351–3804
Fax: 212–351–5266
Email: jhallowell@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ebsco Industries, Inc.** represented by **Michael Denniston**
Bradley, Arant, Rose &White, LLP
2001 Park Place, Suite 1400
Birmington, AL 35203
Email: mdenniston@bradleyarant.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Knight Rider Digital** represented by **Robert Herrington**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Objector**

**John Doe** represented by **Charles D. Chalmers**
Allegiance Litigation
769 Center Blvd., Ste. 134
Fairfax, CA 94930
415 860–8134
Email: cchalmers@allegiancelit.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Barbara, et al. Garson** represented by **Martin R. Stolar**
Law Office of Martin R. Stolar
351 Broadway
New York, NY 10013
212–219–1919
Fax: 212–941–0980
Email: MRSLAW37@hotmail.com
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Esq. Emily M. Bass** represented by **Emily M. Bass**
*Previously Served As Class Counsel* Law Offices of Emily M. Bass
551 Fifth Avenue
28th Floor
New York, NY 10176
2122603645
Fax: 212–672–1501
Email: emilybassesq@gmail.com
PRO SE

**Emily Maruja Bass**
Law Offices of Emily Bass
551 Fifth Avenue
28th Floor
New, NY 10176
(646) 810–3117
Fax: (212) 672–1501
Email: bassesq@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/18/2013 | 1 | ORDER DESIGNATING CASE AN ECF CASE (Signed by Judge George B. Daniels on 3/18/2013) (sjo) (Entered: 04/09/2013) |
| 03/18/2013 | | Magistrate Judge Kevin Nathaniel Fox is so designated. (sjo) (Entered: 04/09/2013) |
| 03/18/2013 | | Case Designated ECF. (sjo) (Entered: 04/09/2013) |
| 04/10/2013 | 2 | ORDER FOR ADMISSION PRO HAC VICE: The motion of Charles D. Chalmers, for admission to practice Pro Hac Vice in the above is captioned action is granted...IT IS HEREBY ORDERED that applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys. (Signed by Judge George B. Daniels on 4/9/2013) (mt) (Entered: 04/10/2013) |
| 08/02/2013 | 3 | LETTER addressed to Judge George B. Daniels, from Michael J. Boni, dated 8/2/2013, re: on behalf of plaintiffs, the defense group and counsel for the former objectors Charles Chalmers (the "parties"), in response to Your Honor's July 23, 2013 request for a status update. The parties have finalized a Revised Settlement Agreement and exhibits thereto, including proposed long form and summary notices of class action settlement...(ja) (Entered: 08/02/2013) |
| 09/05/2013 | 4 | STATUS REPORT. Document filed by John Doe.(Chalmers, Charles) (Entered: 09/05/2013) |
| 11/20/2013 | 5 | STATUS REPORT. *Joint* Document filed by John Doe.(Chalmers, Charles) (Entered: 11/20/2013) |
| 11/22/2013 | 6 | MOTION to Approve for Preliminary Approval of Revised Settlement Agreement. Document filed by The Authors Guild, Inc..(Boni, Michael) (Entered: 11/22/2013) |
| 11/22/2013 | 7 | MEMORANDUM OF LAW in Support re: 6 MOTION to Approve for Preliminary Approval of Revised Settlement Agreement.. Document filed by The Authors Guild, Inc.. (Boni, Michael) (Entered: 11/22/2013) |
| 11/22/2013 | 8 | DECLARATION of Michael J. Boni in Support re: 6 MOTION to Approve for Preliminary Approval of Revised Settlement Agreement.. Document filed by The Authors Guild, Inc.. (Attachments: # 1 Exhibit 1 (Part 1 of 2), # 2 Exhibit 1 (Part 2 of 2))(Boni, Michael) (Entered: 11/22/2013) |
| 11/26/2013 | 9 | ENDORSED LETTER addressed to Judge George B. Daniels from Michael J. Boni dated 11/26/2013 re: I write on behalf of all parties, to request a hearing on plaintiffs' Motion for Preliminary Approval of Revised Settlement. The parties request that the hearing take place on January 22, 2014. ENDORSEMENT: The conference is adjourned to January 22, 2014 at 9:30 a.m., ( Status Conference set for 1/22/2014 at 09:30 AM before Judge George B. Daniels.) (Signed by Judge George B. Daniels on 11/26/2013) (lmb) (Entered: 11/26/2013) |
| 12/09/2013 | 10 | ENDORSED LETTER addressed to Judge George B. Daniels from Ian C. Ballon dated 12/2/2013 re: Counsel for Mediastream, Inc., Knight–Ridder, Inc., predecessor–in–interest to The McClatchy Company, and Knight Ridder Digital, now known as McClatchy Interactive West, requests to attend the 1/22/2014 hearing telephonically. ENDORSEMENT: SO ORDERED. (Signed by Judge George B. Daniels on 12/9/2013) (tn) (Entered: 12/09/2013) |
| 01/17/2014 | 13 | ENDORSED LETTER addressed to Judge George B. Daniels, from Matthew W. Walch, dated 1/15/2014, re: Motion for Preliminary Approval of Revised Settlement Agreement, scheduled for January 22, 2014 – request to attend the hearing telephonically. ENDORSEMENT: SO ORDERED. (Signed by Judge George B. Daniels on 1/17/2014) (ja) (Entered: 01/22/2014) |
| 01/21/2014 | 11 | MOTION for Matthew W. Walch to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208–9277514. **Motion and supporting papers to be reviewed** |

| | | |
|---|---|---|
| | | **by Clerk's Office staff.** Document filed by ProQuest Company, The Dialog Corporation. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Text of Proposed Order)(Walch, Matthew) (Entered: 01/21/2014) |
| 01/21/2014 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 11 MOTION for Matthew W. Walch to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208–9277514. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 01/21/2014) |
| 01/21/2014 | 12 | ORDER FOR ADMISSION PRO HAC VICE granting 11 Motion for Matthew W. Walch to Appear Pro Hac Vice. (Signed by Judge George B. Daniels on 1/21/2014) (ja) (Entered: 01/22/2014) |
| 01/22/2014 | 14 | ENDORSED LETTER addressed to Judge George B. Daniels, from Charles S. Sims, dated 1/21/2014, re: the hearing scheduled for tomorrow morning. The storm that began this morning, however, has complicated arrangements for the hearing. At present, however, I am constrained to request – on behalf of all parties – that all counsel be allowed to appear by conference call, which Mr. Boni will organize. If the Court concludes that it prefers that at least one counsel appear in person, I would make my way to the Courthouse to do so. ENDORSEMENT: SO ORDERED. (Signed by Judge George B. Daniels on 1/22/2014) (ja) (Entered: 01/22/2014) |
| 01/22/2014 | 15 | LETTER addressed to Judge George B. Daniels from Charles S. Sims dated 1/22/14 re: Revised list of "participating publishers" contained in Ex. A to the proposed Settlement Agreement in this matter. Document filed by Reed Elsevier.(Sims, Charles) (Entered: 01/22/2014) |
| 01/22/2014 | 16 | ORDER GRANTING 6 PRELIMINARY APPROVAL OF REVISED PROPOSED CLASS ACTION SETTLEMENT. The Court has reviewed the forms of notice attached to the Agreement, and the Court has determined that the notices adequately advise class members of the terms of the Agreement and further proceedings. Accordingly, it is hereby ORDERED as follows: The motion is GRANTED. The Agreement is hereby preliminarily approved. The case shall proceed as a class action with the following plaintiff class provisionally certified for settlement purposes only (the "Class") and as further set forth herein. A final settlement/fairness hearing shall be held on June 10, 2014 at 10:00 a.m. before the undersigned in Courtroom 11A of the Daniel Patrick Moynihan United Courthouse, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007. (See Order). (Signed by Judge George B. Daniels on 1/22/2014) (ja) (Entered: 01/22/2014) |
| 01/22/2014 | | Set/Reset Hearings: Fairness Hearing set for 6/10/2014 at 10:00 AM in Courtroom 11D, 500 Pearl Street, New York, NY 10007 before Judge George B. Daniels. Settlement Conference set for 6/10/2014 at 10:00 AM in Courtroom 11D, 500 Pearl Street, New York, NY 10007 before Judge George B. Daniels. (ja) (Entered: 01/23/2014) |
| 04/09/2014 | 17 | MOTION for Attorney Fees *and Reimbursement of Costs; Service Awards to A/B Plaintiffs; and Approval of Payment of Administrative Costs*. Document filed by The Authors Guild, Inc..(Boni, Michael) (Entered: 04/09/2014) |
| 04/09/2014 | 18 | MEMORANDUM OF LAW in Support re: 17 MOTION for Attorney Fees *and Reimbursement of Costs; Service Awards to A/B Plaintiffs; and Approval of Payment of Administrative Costs..* Document filed by The Authors Guild, Inc..(Boni, Michael) (Entered: 04/09/2014) |
| 04/09/2014 | 19 | DECLARATION of Michael J. Boni in Support re: 17 MOTION for Attorney Fees *and Reimbursement of Costs; Service Awards to A/B Plaintiffs; and Approval of Payment of Administrative Costs..* Document filed by The Authors Guild, Inc..(Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Boni, Michael) (Entered: 04/09/2014) |
| 04/09/2014 | 20 | DECLARATION of Robert J. LaRocca in Support re: 17 MOTION for Attorney Fees *and Reimbursement of Costs; Service Awards to A/B Plaintiffs; and Approval of Payment of Administrative Costs..* Document filed by The Authors Guild, Inc.. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Boni, Michael) (Entered: 04/09/2014) |
| 04/09/2014 | 21 | DECLARATION of A. J. De Bartolomeo in Support re: 17 MOTION for Attorney Fees *and Reimbursement of Costs; Service Awards to A/B Plaintiffs; and Approval of Payment of Administrative Costs*.. Document filed by The Authors Guild, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Boni, Michael) (Entered: 04/09/2014) |
| 04/09/2014 | 22 | DECLARATION of Diane S. Rice in Support re: 17 MOTION for Attorney Fees *and Reimbursement of Costs; Service Awards to A/B Plaintiffs; and Approval of Payment of Administrative Costs*.. Document filed by The Authors Guild, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Boni, Michael) (Entered: 04/09/2014) |
| 04/09/2014 | 23 | DECLARATION of Gary S. Fergus in Support re: 17 MOTION for Attorney Fees *and Reimbursement of Costs; Service Awards to A/B Plaintiffs; and Approval of Payment of Administrative Costs*.. Document filed by The Authors Guild, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Boni, Michael) (Entered: 04/09/2014) |
| 04/09/2014 | 24 | MOTION for Attorney Fees *of Category C Claims Counsel*. Document filed by John Doe. Return Date set for 6/10/2014 at 10:00 AM.(Chalmers, Charles) (Entered: 04/09/2014) |
| 04/09/2014 | 25 | MEMORANDUM OF LAW in Support re: 24 MOTION for Attorney Fees *of Category C Claims Counsel*.. Document filed by John Doe. (Chalmers, Charles) (Entered: 04/09/2014) |
| 04/09/2014 | 26 | DECLARATION of Charles Chalmers in Support re: 24 MOTION for Attorney Fees *of Category C Claims Counsel*.. Document filed by John Doe. (Chalmers, Charles) (Entered: 04/09/2014) |
| 05/15/2014 | 27 | NOTICE OF APPEARANCE by Martin R. Stolar on behalf of Barbara, et al. Garson. (Stolar, Martin) (Entered: 05/15/2014) |
| 05/16/2014 | 28 | REQUEST TO PARTICIPATE *objections*. Document filed by Barbara, et al. Garson.(Stolar, Martin) (Entered: 05/16/2014) |
| 05/16/2014 | 29 | REQUEST TO PARTICIPATE *Bass declaration*. Document filed by Barbara, et al. Garson. (Attachments: # 1 Exhibit, # 2 Exhibit)(Stolar, Martin) (Entered: 05/16/2014) |
| 05/16/2014 | 30 | REQUEST TO PARTICIPATE *memo of law*. Document filed by Barbara, et al. Garson.(Stolar, Martin) (Entered: 05/16/2014) |
| 05/16/2014 | 31 | NOTICE OF APPEARANCE by Emily Maruja Bass on behalf of Emily M. Bass. (Bass, Emily) (Entered: 05/16/2014) |
| 05/16/2014 | 32 | LETTER addressed to Judge George B. Daniels from Emily M. Bass, Esq. dated May 9, 2014 re: Having Joined In Objections. Document filed by Emily M. Bass.(Bass, Emily) (Entered: 05/16/2014) |
| 05/17/2014 | 33 | REQUEST TO PARTICIPATE *declaration of service*. Document filed by Barbara, et al. Garson.(Stolar, Martin) (Entered: 05/17/2014) |
| 05/21/2014 | 34 | ORDER: Greenberg Traurig LLP's May 19, 2014 letter application to attend the June 10, 2014 Final Fairness Hearing telephonically is DENIED. (Signed by Judge George B. Daniels on 5/21/2014) (mro) (Entered: 05/21/2014) |
| 06/03/2014 | 35 | LETTER addressed to Judge George B. Daniels from Gary S. Fergus dated June 3, 2014 re: Permission to Bring General Purpose Computing Device Into Courtroom on June 10, 2014. Document filed by The Authors Guild, Inc.. (Attachments: # 1 Text of Proposed Order)(Fergus, Gary) (Entered: 06/03/2014) |
| 06/03/2014 | 36 | REPLY MEMORANDUM OF LAW in Support re: 24 MOTION for Attorney Fees *of Category C Claims Counsel*., 17 MOTION for Attorney Fees *and Reimbursement of Costs; Service Awards to A/B Plaintiffs; and Approval of Payment of Administrative Costs*. . Document filed by John Doe. (Chalmers, |

| | | |
|---|---|---|
| | | Charles) (Entered: 06/03/2014) |
| 06/03/2014 | 37 | MOTION for Settlement *Approval (Revised Settlement)*. Document filed by The Authors Guild, Inc..(Debartolomeo, A.J.) (Entered: 06/03/2014) |
| 06/03/2014 | 38 | MEMORANDUM OF LAW in Support re: 37 MOTION for Settlement *Approval (Revised Settlement)*. . Document filed by Dow Jones &Company Inc, Dow Jones Reuters Business Interactive, LLC, Ebsco Industries, Inc., Gale Group, Inc., Knight–Ridder, Inc., Newsbank, Inc., ProQuest Company, Reed Elsevier, The Dialog Corporation, The New York Times, Thomson Corporation, Union Tribune Publishing Company, West Publishing Company. (Sims, Charles) (Entered: 06/03/2014) |
| 06/03/2014 | 39 | MEMORANDUM OF LAW in Support re: 37 MOTION for Settlement *Approval (Revised Settlement)*. . Document filed by The Authors Guild, Inc.. (Debartolomeo, A.J.) (Entered: 06/03/2014) |
| 06/03/2014 | 40 | DECLARATION of Jose C. Fraga in Support re: 37 MOTION for Settlement *Approval (Revised Settlement)*.. Document filed by The Authors Guild, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Debartolomeo, A.J.) (Entered: 06/03/2014) |
| 06/03/2014 | 41 | DECLARATION of Lael D. Dowd in Support re: 37 MOTION for Settlement *Approval (Revised Settlement)*.. Document filed by The Authors Guild, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Debartolomeo, A.J.) (Entered: 06/03/2014) |
| 06/03/2014 | 42 | DECLARATION of Perry S. Carbone in Support re: 37 MOTION for Settlement *Approval (Revised Settlement)*.. Document filed by The Authors Guild, Inc.. (Debartolomeo, A.J.) (Entered: 06/03/2014) |
| 06/03/2014 | 43 | DECLARATION of Charles Chalmers in Support re: 37 MOTION for Settlement *Approval (Revised Settlement)*.. Document filed by The Authors Guild, Inc.. (Debartolomeo, A.J.) (Entered: 06/03/2014) |
| 06/03/2014 | 44 | OPPOSITION BRIEF re: 30 Request to Participate . Document filed by The Authors Guild, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Debartolomeo, A.J.) (Entered: 06/03/2014) |
| 06/06/2014 | 45 | **FILING ERROR – ELECTRONIC FILING OF NON–ECF DOCUMENT –** MOTION for Settlement *Stipulation In Support of Approval of Revised Settlement Agreement*. Document filed by The Authors Guild, Inc. (Rice, Diane) Modified on 6/9/2014 (db). (Entered: 06/06/2014) |
| 06/09/2014 | | ***NOTE TO ATTORNEY TO RE–FILE DOCUMENT – NON–ECF DOCUMENT ERROR. Note to Attorney Diane Rice to E–MAIL Document No. 45 Stipulation to judgments@nysd.uscourts.gov. This document is not filed via ECF. (db)** (Entered: 06/09/2014) |
| 06/09/2014 | 46 | LETTER addressed to Judge George B. Daniels from Charles S. Sims dated 6/9/2014 re: Notice of Seven Tag–Along Copyright Infringement Actions Filed on 6/6/2014. Document filed by Reed Elsevier.(Sims, Charles) (Entered: 06/09/2014) |
| 06/10/2014 | 47 | ORDER: It is hereby ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned In Re Literary Works in Electronic Databases Copyright Litigation, No. MDL 1379. The date for which such authorization is provided is June 10, 2014. (Signed by Judge George B. Daniels on 6/9/2014) (mro) (Entered: 06/10/2014) |
| 06/10/2014 | 48 | ORDER GRANTING MOTION OF CATEGORY C CLAIMS COUNSEL FOR AWARD OF ATTORNEYS' FEES, COSTS AND INCENTIVE AWARDS granting 24 Motion for Attorney Fees. This matter is before the Court pursuant to the Motion of Category C Claims Counsel for Award of Attorneys' Fees, Costs and Incentive Awards. Having read and considered Category C Claims Counsel's fee application and supporting papers, and having held a hearing on Category C Claims Counsel's fee application, it is hereby ORDERED as follows: 1. The sum of |

| | | |
|---|---|---|
| | | $600,000 is hereby approved and awarded to C Counsel, to be applied to (i) his attorneys' fees and reasonable costs; and (ii) special awards to the two C Plaintiffs and eight Former Objectors. 2. Category C Claims Counsel shall be paid on the date and in the manner set forth in the Revised Settlement Agreement. (Signed by Judge George B. Daniels on 6/10/2014) (mro) (Entered: 06/10/2014) |
| 06/10/2014 | 49 | STIPULATION: NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED that the attached Exhibit A (list of Participating Publishers) be and hereby is substituted as Exhibit A of the Revised Settlement Agreement. (Signed by Judge George B. Daniels on 6/10/2014) (mro) (Entered: 06/10/2014) |
| 06/10/2014 | 50 | ORDER GRANTING A/B COUNSEL'S APPLICATION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS, AND SERVICE AWARDS TO A/B PLAINTIFFS granting 17 Motion for Attorney Fees. This matter is before the Court pursuant to the motion of plaintiffs in the above–captioned action ("Action") for an award of attorneys' fees and reimbursement of costs and service awards to A/B Plaintiffs. Having read and considered A/B Counsel's fee application and supporting papers, and the objections thereto, and having held a hearing on A/B Counsel's fee application, it is hereby ORDERED as follows: 1. The objections are hereby overruled; 2. Attorneys' fees and reimbursement of expenses to A/B Counsel in the total amount of $3,306,209.76 are hereby approved and awarded. Special awards to the nineteen A/B Representative Plaintiffs and the estates of deceased former Representative Plaintiffs Derrick Bell and Andrea Dworkin, in the amount of $2,000 each, are hereby approved and awarded; 3. A/B Counsel shall be paid on the date and in the manner set forth in the Revised Settlement Agreement. 4. A/B Counsel shall allocate plaintiffs' attorneys' fees in the manner set forth in A/B Counsel's fee application. (Signed by Judge George B. Daniels on 6/10/2014) (mro) (Entered: 06/10/2014) |
| 06/10/2014 | 51 | ORDER GRANTING FINAL APPROVAL OF REVISED PROPOSED SETTLEMENT AND FINAL JUDGMENT: Accordingly, it is hereby ORDERED as follows: The Agreement is approved as fair, reasonable, and adequate pursuant to Rule 23 of the Federal Rules of Civil Procedure and in the best interest of the Class, and the parties are directed to consummate the Agreement in accordance with its terms. The following Class (the "Class"), provisionally certified in the Preliminary Approval Order, is now finally certified for purposes of this settlement only, set forth herein. The Action is hereby dismissed, with prejudice and without costs. The releases contained in the Agreement are hereby effective, with the following provision: No claims shall be released with respect to works published in scientific or research–based medical journals. There is no just reason for delay, and the judgment of dismissal with prejudice as to defendants shall be final; as further set forth herein. (Signed by Judge George B. Daniels on 6/10/2014) (mro) (Entered: 06/10/2014) |
| 06/16/2014 | 52 | LETTER addressed to Judge George B. Daniels from Charles S. Sims dated 6/16/14 re: Letter concerning request to JPML re Tag Along Actions. Document filed by Reed Elsevier.(Sims, Charles) (Entered: 06/16/2014) |
| 07/09/2014 | 53 | FIRST MOTION To Supplement The Record . Document filed by Emily M. Bass. Return Date set for 8/6/2014 at 10:00 AM.(Bass, Emily) (Entered: 07/09/2014) |
| 07/09/2014 | 54 | AFFIRMATION of Emily M. Bass in Support re: 53 FIRST MOTION To Supplement The Record .. Document filed by Emily M. Bass. (Attachments: # 1 Exhibit Exh 1: Bass Notice of Motion For Fees_2005, # 2 Exhibit Exh 2: Bass Aff In Supp Of Motion For Fees, # 3 Exhibit Exh 3: Appended As Exh A to 2005 Bass Aff, # 4 Exhibit Exh 4: Appended As Exh B to 2005 Bass Aff, # 5 Exhibit Exh 5: Appended As Exh C to 2005 Bass Aff, # 6 Exhibit Exh 6: Appended As Exh D to 2005 Bass Aff, # 7 Exhibit Exh 7: Appended As Exh E to 2005 Bass Aff, # 8 Exhibit Exh 8: Appended As Exh F to 2005 Bass Aff, # 9 Exhibit Exh 9: Appended As Exh G to 2005 Bass Aff, # 10 Exhibit Exh 10: Appended As Exh H to 2005 Bass Aff, # 11 Exhibit Exh 11: Appended As Exh I to 2005 Bass Aff, # 12 Affidavit Exh 12: Backiel Dec in Support of Bass Fee Motion, # 13 Affidavit Exh 13: Rossen Affidavit In Support of Bass Motion, # 14 Affidavit Exh 14: Gaynor Affidavit In Support of Bass Motion, # 15 Affidavit Exh 15: Garbus Affidavit In Support of Bass Motion, # 16 Affidavit Exh 16: Garson Affidavit In Support of |

| | | |
|---|---|---|
| | | Bass Motion, # 17 Affidavit Exh 17: Robbins Affidavit In Support of Bass Motion, # 18 Affidavit Exh 18: Rossen Reply Affidavit w Exhibit J, # 19 Affidavit Exh 19: Garson Reply Affidavit In Support of Bass Motion, # 20 Affidavit Exh 20: Gaynor Reply Affidavit In Support of Bass Motion, # 21 Affidavit Exh 21: Affidavit of Laurence Gold In Support of Bass Motion, # 22 Affidavit Exh 22: Bass Reply Affidavit, # 23 Exhibit Exh 23: Objections To Lead Counsel's 2005 Fee Application, # 24 Exhibit Exh 24: Court Transcript–6/17/2004)(Bass, Emily) (Entered: 07/09/2014) |
| 07/09/2014 | 55 | MEMORANDUM OF LAW in Support re: 53 FIRST MOTION To Supplement The Record . . Document filed by Emily M. Bass. (Bass, Emily) (Entered: 07/09/2014) |
| 07/09/2014 | 56 | NOTICE OF APPEAL from 50 Order on Motion for Attorney Fees,,,,,. Document filed by Emily M. Bass. Filing fee $ 505.00, receipt number 0208–9870691. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Bass, Emily) (Entered: 07/09/2014) |
| 07/10/2014 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 56 Notice of Appeal,. (nd) (Entered: 07/10/2014) |
| 07/10/2014 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 56 Notice of Appeal, filed by Emily M. Bass were transmitted to the U.S. Court of Appeals. (nd) (Entered: 07/10/2014) |