## United States Court of Appeals for the Second Circuit
## Thurgood Marshall U.S. Courthouse
## 40 Foley Square
## New York, NY 10007

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: July 31, 2014
Docket #: 14-2550cv
Short Title: In re: Literary Works in Elect

DC Docket #: 00-md-1379
DC Court: SDNY (NEW YORK CITY)
DC Judge: Daniels

## NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8506.