LAW OFFICES
**EMILY M. BASS**
551 FIFTH AVE., 28th FLOOR, NEW YORK, N.Y. 10176
tel.: (212) 260-3645 . fax: (212) 672-1501 . email: emilybassesq@gmail.com

August 5, 2014

Catherine O'Hagan Wolfe
    Clerk of Court
Kimberly Gay, Case Manager
United States District Court
Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, N. Y.

                          Re: *In re Literary Works in Elect*, 14-2550-cv
                                Scheduling Notification
                                <u>Proposed Deadline For Appellant's Brief: 10/31/14</u>

To the Clerk of Court:

I am the appellant in the above matter. Pursuant to Local Rule 31.2(a)(1)(A), I respectfully request that appellant's opening brief be due October 31, 2014. As required, the proposed due date is within 91 days of the ready date.

Thank you.

                                        Sincerely,

                                        s/ Emily M. Bass

                                        Emily M. Bass, Esq.

EMB/me