

ATTORNEYS AT LAW           Transamerica Pyramid, 34th Floor
600 Montgomery Street
San Francisco, CA 94111
T: 415.247.6000   F: 415.247.6001

November 6, 2014

<u>VIA E-FILING</u>

Catherine O'Hagan Wolfe, Clerk of the Court
Kimberly Gay, Case Manager
United States Court of Appeals
 For the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

  Re: In re: Literary Works in Elect, Case No. 14-2550:
     Appellees' Scheduling Request Pursuant to Local Rule 31.2(a)(1)(B)

To the Clerk of the Court:

 I represent Appellees in the above captioned matter. Pursuant to Local Rule 31.2(a)(1)(B), Appellees respectfully request that Appellees' brief and Appellees' supplemental appendix be accepted for filing no later than December 8, 2014. This date is within 91 days of the filing of Appellant's opening brief. Thank you.

      Sincerely,

      <u>*/s/ Spencer Hosie*</u>
      Spencer Hosie

| www.hosielaw.com