# United States Court of Appeals for the Second Circuit
## Thurgood Marshall U.S. Courthouse
### 40 Foley Square
### New York, NY 10007

**ROBERT A. KATZMANN**  
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**  
CLERK OF COURT

Date: December 10, 2014  
Docket #: 14-2550cv  
Short Title: In re: Literary Works in Elect

DC Docket #: 00-md-1379  
DC Court: SDNY (NEW YORK CITY)  
DC Judge: Daniels

## NOTICE OF DEFECTIVE FILING

On December 8, 2014 the Brief and Appendix was submitted in the above referenced case. The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

_____ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*  
_____ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*  
_____ Missing motion information statement *(T-1080 - Local Rule 27.1)*  
_____ Missing supporting papers for motion (e.g. affidavit/affirmation/declaration) *(FRAP 27)*  
_____ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*  
_____ Improper proof of service *(FRAP 25)*  
    _____ Missing proof of service  
    _____ Served to an incorrect address  
    _____ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*  
_____ Failure to submit document in digital format *(Local Rule 25.1)*  
_____ Not Text-Searchable *(Local Rule 25.1, Interim Local Rules 25.2),* click here for instructions on how to make PDFs text searchable  
_____ Failure to file appendix on CD-ROM *(Local Rule 25.1, Interim Local Rules 25.2)*  
_____ Failure to file special appendix *(Local Rule 32.1)*  
_____ Defective cover *(FRAP 32)*  
    _____ Incorrect caption *(FRAP 32)*  
    _____ Wrong color cover *(FRAP 32)*  
    _____ Docket number font too small *(Local Rule 32.1)*  
_____ Incorrect pagination, click here for instructions on how to paginate PDFs *(Local Rule 32.1)*  
_____ Incorrect font *(FRAP 32)*  
_____ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*  
_____ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*  
_____ Untimely filing  
**\_\_X\_\_ Incorrect Filing Event**  
**\_\_X\_\_ Other: The brief and appendix must be electronically filed in separate docket**

**entries. Re-file the brief using the filing event "Appellee Brief, Filed." Re-file each appendix volume separately using the filing event "Supplemental Appendix, Filed." There should be three docket entries in total.**

Please cure the defect(s) and resubmit the document, with the required copies if necessary, no later than **December 12, 2014.** The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8506.