UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

VERIFIED ITEMIZED BILL OF COSTS

| THIS SECTION MUST BE COMPLETED BY COUNSEL | | |
|---|---|---|
| CASE TITLE:<br>Authors Guild, Inc.,<br>     Plaintiff-Appellee,<br>v.<br>Emily M. Bass,<br>     Appellant | USCA DOCKET NUMBER:<br>14-2550-cv | COUNSEL'S NAME:<br>Spencer Hosie |
| | DISTRICT/AGENCY:<br>SDNY (New York City) | COUNSEL'S ADDRESS:<br>Hosie Rice LLP<br>600 Montgomery Street, 34th Floor<br>San Francisco, CA 94111 |
| | DISTRICT/AGENCY NUMBER:<br>00-md-1379 (GBD)(KNF) | DATE:<br>June 30, 2015 |

Counsel for
Plaintiff-Appellee Authors Guild, Inc.
respectfully submits, pursuant to FRAP 39 (c) the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against the
Appellant Emily M. Bass
and in favor of
Plaintiff-Appellee
for insertion in the mandate.

Docketing Fee

Costs of printing appendix (necessary copies  6 copies/424 pgs. ea. plus cover  )    $    802.80 (See Ex. A and B)

Costs of printing brief (necessary copies  6 copies/53 pages ea. plus cover  )    $    321.60 (See Ex. A and B)

Costs of printing reply brief (necessary copies _____ )

**I, Spencer Hosie, declare under penalty of perjury, under 28 United States Code Section 1746(2), that the foregoing is true and correct. Executed on June 30, 2015.**

/s/ Spencer Hosie

Rev. April, 2011