# EXHIBIT A

## Itemized Bill of Costs

A. **Cost of Printing Appendix**

| Quantity | Item | Rate | Cost |
|---|---|---|---|
| 6 Court Copies | Copies of 454 pages ea. (Total 2724 pages) | $ .20 | $544.80 |
| 6 Court Copies | Cover | $43.00 | $258.00 |

B. **Cost of Printing Brief**

| Quantity | Item | Rate | Cost |
|---|---|---|---|
| 6 Court Copies | Copies of 53 pages (Total 318 pages) | $ .20 | $ 63.60 |
| 6 Court Copies | Cover | $43.00 | $258.00 |

**Total Cost: $1124.40**