# EXHIBIT B

# Invoice

**The Lex Group VA**
P.O. Box 1111
Richmond, VA 23218
804-644-4419
EIN #11-3707249

| DATE | INVOICE NO. |
|---|---|
| 12/10/2014 | 25772 |

| CONTRACTING ATTORNEY | RECORD NUMBER AND STYLE |
|---|---|
| Spencer Hosie<br>HOSIE RICE LLP<br>600 Montgomery Street, 34th Floor<br>San Francisco, CA 94111 | 14-2550<br>Authors Guild, Inc.<br>v.<br>Emily M. Bass |

| TERMS | LEX REP | FILING DATE |
|---|---|---|
| Net 30/2 | JLG | 12/8/2014 |

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| Consultation/Base Fee/Second Circuit | | 150.00 | 150.00 |
| Appellee's Brief/Straight Run-copies only/per page fee/2nd Circuit<br>(8 copies of 53 pages = 424) | 424 | 0.25 | 106.00 |
| Joint Appendix/Per Page Fee/2nd Circuit<br>(7 copies of 454 pages = 3,178) | 3,178 | 0.35 | 1,112.30 |
| Federal Express/UPS | | 88.83 | 88.83 |

Net 30/1.5% monthly late fee/Federal Tax ID 11-3707249

**Total** $1,457.13

We accept Visa, MasterCard, Discover and American Express.

**Balance Due** $1,457.13