# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of August, two thousand and fifteen.

_____

Authors Guild, Inc.,

   Plaintiff - Appellee,

v.

Emily M. Bass,

   Appellant.

_____

**STATEMENT OF COSTS**
Docket No. 14-2550

IT IS HEREBY ORDERED that costs are taxed in the amount of $880.00 in favor of the Appellee.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

